Clerk's Office
United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE ASSIGNMENT

Civil action __05__ CV __4118__ was assigned to Judge __Gershon__ and Magistrate Judge __Pohorelsky__ as related to __05 CV 2420__ on __8/26/05__, 2005.

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File