**David Abrams, Attorney at Law**
305 Broadway, 14th Floor, New York, NY 10007
Tel. 212-897-5821 Fax 212-897-5811

May 21, 2006

To:    Hon. Viktor V. Pohorelsky    (by ECF)
       United States District Court
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, NY 11201

Re:    <u>Alexander v. Con Edison et al., No. 05 CV 4118 (NG)(VVP)</u>

Dear Judge Pohorelsky:

    This office represents the plaintiff in the above-referenced matter, which has been resolved. I respectfully request that the Court enter a 30-day dismissal order if such is available.

                         Respectfully yours,

                         /s/ David Abrams

                         David Abrams

cc:    Bradley Zelenitz, Esq.    (by ECF)

       Eva Martinez, Esq.    (by ECF)