David Abrams, Attorney at Law
305 Broadway, 14th Floor, New York, NY 10007
Tel. 212-897-5821 Fax 212-897-5811

June 29, 2006

To:    Hon. Nina Gershon    (by ECF)
       United States District Court
       Eastern District of New York
       225 Cadman Plaza East
       Brooklyn, NY 11201

Re:    <u>Alexander v. Con Edison et al., No. 05 CV 4118 (NG)(VVP)</u>

Dear Judge Gershon:

    This office represents the plaintiff in the above-referenced matter, which has been resolved. Accordingly, I respectfully request that the Court dismiss the matter with prejudice and without costs to either side.

                              Respectfully yours,

                              /s/ David Abrams

                              David Abrams

cc:    Bradley Zelenitz, Esq.    (by ECF)

       Eva Martinez, Esq.    (by ECF)